JS-6

WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Avi N. Phillips, Esq., SBN 275769
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
aphillips@wrightlegal.net

Attorneys for Defendants, WELLS FARGO BANK, N.A. and HSBC BANK USA, N.A. AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-BAR 1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK L. RICHEY III and ANGELA M. RICHEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a corporation; QUALITY LOAN SERVICE CORP., a corporation; HSBC BANK USA, N.A. a corporation; and Does 1 to 20, Inclusive,<br><br>Defendants. | Case No.: CV12-00648 GAF(SHx)<br>ORDER ON<br>**STIPULATION TO DISMISSAL WITH PREJUDICE** |

This stipulation is entered into by and between Plaintiffs JACK L. RICHEY III; ANGELA M. RICHEY and Defendants WELLS FARGO BANK, N.A. and HSBC BANK USA, N.A. AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-BAR 1.

The above parties stipulate and agree:

1. This ENTIRE action shall be DISMISSED WITH PREJUDICE upon the filing of this stipulation pursuant to FRCP Rule 41(a)(1).
2. All parties agree to waive their right to recover costs and fees incurred as a result of this action.
3. Counsels' facsimile signatures shall be the equivalent of original signatures for all purposes.
4. By virtue of the fact that Defendant QUALITY LOAN SERVICE CORPORATION filed a Declaration of Nonmonetary Status ("DNMS") on January 4, 2012 in the Superior Court of California, County of Los Angeles, and said DNMS was not objected to, they became a nominal party and their consent to this dismissal is not required.

Date: February 17, 2012,   SIMON & RESNIK, LLP

By: _____

Matthew Resnik, Esq.
Attorney for Plaintiffs
JACK L. RICHEY III and ANGELA M. RICHEY

Date: February 17, 2012   WRIGHT, FINLAY & ZAK, LLP

By: /s/ Avi N. Phillips

Avi N. Phillips, Esq.
Attorneys for Defendants, WELLS FARGO BANK, N.A., and HSBC BANK USA, N.A. AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-BAR 1

**IT IS SO ORDERED.**

DATED: February 21, 2012

_/s/ Gary Feess_
**UNITED STATES DISTRICT JUDGE**

STIPULATION TO DISMISSAL WITH PREJUDICE